3

United States District Court
Southern District of Texas
**ENTERED**

NOV 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | MISC. ACTION NUMBER B-00-039 |
| THOMAS A. RIVERA | § | (BANKR. CASE NO. 00-20388-B-13) |
| SONIA DE LA ROSA, | § | |
| | § | |
| DEBTORS | § | (CHAPTER 13) |
| | § | |
| | § | |
| THOMAS A. RIVERA, SONIA DE LA | § | |
| ROSA, ROBERT P. MCGUILL, | § | |
| ISMAEL ESPINOSA, MARICELA | § | |
| GARZA, STEPHEN PEREZ, | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | (ADVERSARY NO. 00-2017-B) |
| | § | |
| AT&T CORPORATION, TIME WARNER | § | |
| INC., TELE-COMMUNICATIONS, INC., | § | |
| TCI CABLEVISION OF TX, INC., | § | |
| TEXAS CABLE PARTNERS, L.P., | § | |
| KBL CABLESYSTEMS OF THE | § | |
| SOUTHWEST, INC., ET AL., | § | |
| | § | |
| DEFENDANTS | § | |

**ORDER**

CAME ON for consideration the parties' Agreed Motion to Extend Time to Respond to Plaintiffs' Motion to Reconsider Order Granting Time Warner Defendants' Motion to Withdraw the Reference and Transfer Venue. Having considered this agreed motion, the Court is of the opinion that the Motion should be GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that the defendants have until November 21, 2000 to file any responses to Plaintiffs' Motion to Reconsider Order Granting Time Warner Defendants' Motion to Withdraw the Reference and Transfer Venue.

SIGNED on this the 16th day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED & ENTRY REQUESTED BY:
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Anne E. Catmull
State Bar No. 00794932
Admissions No. 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline, Suite 900 N
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555

Bryan Powers
State Bar No. 16215700
Bryan Powers, P.C.
4748A FM 624
Robstown, TX 78380
Telephone:    (361) 767-9970
Telecopy:     (361) 767-9971

ATTORNEYS FOR PLAINTIFFS


Richard D. Milvenan
State Bar No. 14171800
Jennifer B. Poppe
State Bar No. 24007855
Vinson & Elkins, L.L.P.
600 Congress Avenue, Suite 2700
Austin, TX 78701-3200
Telephone:    (512) 495-8542
Telecopy:     (512) 495-8612

ATTORNEYS FOR DEFENDANTS
TIME WARNER, INC. TEXAS CABLE
PARTNERS L.P., KBL CABLESYSTEMS OF
THE SOUTHWEST, INC, TIME WARNER
ENTERTAINMENT COMPANY, L.P. AND
TWI CABLE INC.