5

United States District Court
Southern District of Texas
FILED

AUG 03 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| In re Thomas A. Rivera and Sonia de la Rosa,<br><br>*debtors* | Misc. Action No. B-00-039<br><br>Case No. 00-20388-B-13<br>(Chapter 13, Joint Case) |
| THOMAS A. RIVERA, SONIA DE LA ROSA, ROBERT P. MCGUILL, ISMAEL ESPINOSA, MARICELA GARZA, STEPHEN PEREZ, for themselves and on behalf of all others similarly situated,<br><br>*plaintiffs,*<br><br>AT&T CORPORATION, TIME WARNER, INC., TELE-COMMUNICATIONS, INC., TCI CABLEVISION OF TEXAS, INC., TEXAS CABLE PARTNERS LP, KBL CABLESYSTEMS OF THE SOUTHWEST, INC., TCI CENTRAL, INC., TIME WARNER ENTERTAINMENT COMPANY LP, AND TWI CABLE, INC., for themselves and as representatives of all others similarly situated,<br><br>*defendants.* | Adv.Proc.No. 00-2017-B |

## ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER ORDER GRANTING TIME WARNER DEFENDANTS' MOTION TO WITHDRAW REFERENCE AND MOTION TO TRANSFER VENUE

BEFORE this Court is "Plaintiffs' Motion to Reconsider Order Granting Time Warner Defendants' Motion to Withdraw Reference and Motion to Transfer Venue" (Docket No. 1). On the 16th day of October, 2000, this Court signed an Order Granting Time Warner Defendants' Motion to Withdraw the Reference and Motion to Transfer Venue based on the Recommendation of the Bankruptcy Court entered on the 4th day of October, 2000. This Court has found no reason to alter



that order, and is of the opinion that Plaintiffs' Motion to Reconsider should be denied.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Reconsider Order Granting Time Warner Defendants' Motion to Withdraw Reference and Motion to Transfer Venue is hereby DENIED.

IT IS SO ORDERED.

SIGNED this the 3rd day of AUGUST, 2001, in Brownsville, Texas.

Filemon B. Vela
United States District Judge